UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAREL INSURANCE COMPANY, *et al.*, | Civil Action No. 2:18-cv-02074-MCA-LDW |
| Plaintiffs, | ECF Case |
| | Document Electronically Filed |
| v. | |
| PERRIGO COMPANY PLC, *et al.*, | |
| Defendants. | |

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs Harel Insurance Company, Ltd., E.M.I.-Ezer Mortgage Insurance Company Ltd., Israeli Shares Partnership, and Harel Pension and Provident Ltd. (collectively, "Plaintiffs") and Defendants Perrigo Company plc ("Perrigo"), Joseph C. Papa, Judy L. Brown, Laurie Brlas, Gary M. Cohen, Marc Coucke, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael Jandernoa, Gerald K. Kunkle, Jr., Herman Morris, Jr., Donal O'Connor, David T. Gibbons, and Ran Gottfried (collectively, "Defendants"), through their undersigned counsel, hereby agree and stipulate to the following matters:

WHEREAS, on February 13, 2018, Plaintiffs commenced the above-captioned individual action (the "Action");

WHEREAS, the complaint in the Action involves claims, allegations, and parties that significantly overlap with the claims, allegations, and parties described in the June 21, 2017 Amended Complaint for Violation of the Federal Securities Laws (the "Amended Complaint") in *Roofers' Pension Fund, et al. v. Perrigo Company plc, et al.*, No. 2:16-cv-02805-MCA-LDW (the "Class Action");

WHEREAS, on August 21, 2017, defendant Perrigo and all of the individual defendants in the Class Action except Coucke moved to dismiss the Amended Complaint in the Class Action, and on August 25, 2017, individual defendant Coucke moved to dismiss the Amended Complaint in the Class Action (collectively, the "Motions to Dismiss");

WHEREAS, lead plaintiff in the Class Action filed its opposition to the Motions to Dismiss, all defendants have filed their replies in further support of the Motions to Dismiss, and briefing was completed in connection with the Motions to Dismiss on November 6, 2017;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, as follows:

1. By entering into this stipulation, Defendants accept service of the summons and complaint in the Action and expressly preserve all rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense as to the timeliness and sufficiency of service of the summons and complaint and the form of the summons.

2. With the Court's permission, motions to dismiss the Action are not to be filed until after the disposition of the Motions to Dismiss the Class Action. For the avoidance of doubt, the parties stipulate and agree that Defendants are under no current obligation to answer or otherwise respond to the complaint in the Action.

3. The parties stipulate and agree that no more than thirty (30) days after the Motions to Dismiss the Class Action are resolved, counsel for Plaintiffs and Defendants shall confer and submit a proposed schedule for the filing of answers or other responses to the complaint in the Action.

4.      If Defendants' Motions to Dismiss the Class Action are denied, either in whole or in any part, and discovery proceeds in the Class Action, discovery shall also commence in the Action and there shall be no stay of discovery in the Action regardless of whether any of the Defendants file a motion to dismiss the Action, provided that Plaintiffs shall not utilize any documents or testimony from such discovery in opposing any Defendant's motion to dismiss the Action.

Dated: February 23, 2018

By: _/s/ Christopher A. Seeger_
     Christopher A. Seeger

SEEGER WEISS, LLP
Christopher A. Seeger
David R. Buchanan
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
Luke O. Brooks (*pro hac vice application to be filed*)
Ryan A. Llorens (*pro hac vice application to be filed*)
Eric I. Niehaus (*pro hac vice application to be filed*)
Angel P. Lau (*pro hac vice application to be filed*)
Jeffrey J. Stein (*pro hac vice application to be filed*)
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
lukeb@rgrdlaw.com
ryanl@rgrdlaw.com
ericn@rgrdlaw.com
alau@rgrdlaw.com
jstein@rgrdlaw.com

*Attorneys for Plaintiffs*

By: _/s/ Alan S. Naar_
     Alan S. Naar

GREENBAUM, ROWE, SMITH
 & DAVIS LLP
Alan S. Naar
99 Wood Avenue South
Iselin, NJ 08830
(732) 476-2530
anaar@greenbaumlaw.com

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
James D. Wareham (*pro hac vice application to be filed*)
James E. Anklam (*pro hac vice application to be filed*)
801 17th Street, NW
Washington, DC 20006
(202) 639-7000
james.wareham@friedfrank.com
james.anklam@friedfrank.com

Samuel P. Groner (*pro hac vice application to be filed*)
One New York Plaza
New York, NY 10004
(212) 859-8000
samuel.groner@friedfrank.com

*Attorneys for Defendant
Perrigo Company plc*

Dated: February 23, 2018                By:  /s/ Marshall R. King
                                             Marshall R. King

                                        GIBSON, DUNN & CRUTCHER LLP
                                        Reed Brodsky (*pro hac vice application to be filed*)
                                        Aric H. Wu (*pro hac vice application to be filed*)
                                        Marshall R. King
                                        200 Park Ave
                                        New York, NY 10166
                                        (212) 351-4000
                                        rbrodsky@gibsondunn.com
                                        awu@gibsondunn.com
                                        mking@gibsondunn.com

                                        *Attorneys for Defendant Joseph C. Papa*


Dated: February 23, 2018                By:  /s/ Brian T. Frawley
                                             Brian T. Frawley

                                        SULLIVAN & CROMWELL LLP
                                        John L. Hardiman (*pro hac vice application to be filed*)
                                        Brian T. Frawley
                                        Michael P. Devlin (*pro hac vice application to be filed*)
                                        125 Broad Street
                                        New York, NY 10004
                                        (202) 558-4000
                                        hardimanj@sullcrom.com
                                        frawleyb@sullcrom.com
                                        devlinm@sullcrom.com

                                        *Attorneys for Defendant Judy L. Brown*


Dated: February 23, 2018                By:  /s/ Steven W. Shuldman
                                             Steven W. Shuldman

                                        WILMER CUTLER PICKERING HALE AND
                                          DORR LLP
                                        Steven W. Shuldman
                                        Michael G. Bongiorno (*pro hac vice application to be filed*)

- 4 -

7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
steven.shuldman@wilmerhale.com
michael.bongiorno@wilmerhale.com

Peter J. Kolovos (*pro hac vice application to be filed*)
Alexandra C. Boudreau (*pro hac vice application to be filed*)
Ivan Panchenko (*pro hac vice application to be filed*)
60 State Street
Boston, MA 02109
(617) 526-6000
peter.kolovos@wilmerhale.com
alexandra.boudreau@wilmerhale.com
ivan.panchenko@wilmerhale.com

*Attorneys for Defendant Marc Coucke*

Dated: February 23, 2018        By: */s/ Jonathan W. Wolfe*
                                    Jonathan W. Wolfe

SKOLOFF & WOLFE, PC
Jonathan W. Wolfe
Jane J. Felton
293 Eisenhower Parkway
Livingston, NJ 07039
(973) 232-2988
jwolfe@skoloffwolfe.com
jfelton@skoloffwolfe.com

MILBANK, TWEED, HADLEY, & McCLOY LLP
Alan J. Stone (*pro hac vice application to be filed*)
28 Liberty Street
New York, New York 10005
(202) 530-5000
astone@milbank.com

*Attorneys for Defendants Laurie Brlas, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael Jandernoa, Gerald K. Kunkle, Jr.,*

*Herman Morris, Jr., Donal O'Connor, David T. Gibbons, and Ran Gottfried*

SO ORDERED THIS 26th DAY OF February, 2018

_____
Hon. ~~Madeline Cox Arleo~~ Leda D. Wettre
United States ~~District~~ Magistrate Judge

- 6 -