Alan S. Naar (anaar@greenbaumlaw.com)
GREENBAUM, ROWE, SMITH & DAVIS LLP
99 Wood Avenue South
Iselin, New Jersey 08830-2712
(732) 549-5600
Attorneys for Defendant Perrigo Company plc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAREL INSURANCE COMPANY, LTD., E.M.I.-EZER MORTGAGE INSURANCE COMPANY LTD., ISRAELI SHARES PARTNERSHIP and HAREL PENSION AND PROVIDENT LTD.,<br><br>Plaintiff,<br><br>v.<br><br>PERRIGO COMPANY PLC, JOSEPH C. PAPA, LAURIE BRLAS, JUDY L. BROWN, GARY M. COHEN, MARC COUCKE, JACQUALYN A. FOUSE, ELLEN R. HOFFING, MICHAEL R. JANDERNOA, GERALD K. KUNKLE, JR., HERMAN MORRIS, JR., DONAL O'CONNOR, DAVID T. GIBBONS and RAN GOTTFRIED,<br><br>Defendants. | Civ. Action No. 2:18-cv-2074 (MCA)(LDW)<br><br>**ORDER ADMITTING JAMES D. WAREHAM, ESQ., JAMES E. ANKLAM, ESQ. AND SAMUEL P. GRONER, ESQ.** *PRO HAC VICE* **ON BEHALF OF DEFENDANT PERRIGO COMPANY PLC** |

This matter having been brought before the Court by Greenbaum, Rowe, Smith & Davis LLP, attorneys for defendant Perrigo Company plc ("Perrigo"), for an order pursuant to L. Civ. R. 101.1(c) permitting James D. Wareham, Esq., James E. Anklam, Esq., and Samuel P. Groner, Esq. of the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, to be admitted *pro hac vice* for the purposes of this action on behalf of Perrigo; and the Court having considered the certifications submitted in support thereof; and for good cause shown;

IT IS on this _____ day of _____, 2018;

ORDERED as follows:

1. The application to permit James D. Wareham, Esq., James E. Anklam, Esq., and Samuel P. Groner, Esq. to appear and participate *pro hac vice* on behalf of Perrigo pursuant to L. Civ. R. 101.1(c) is granted.

2. All pleadings, briefs and other papers filed with the Court on behalf of Perrigo shall be signed by Alan S. Naar, Esq. or another member or associate of Greenbaum, Rowe, Smith & Davis LLP who is a member in good standing of the bar of this Court, who shall be responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, as well as be held responsible for the conduct of any attorney admitted *pro hac vice* on behalf of Perrigo pursuant to the terms of this Order.

3. James D. Wareham, Esq., James E. Anklam, Esq., and Samuel P. Groner, Esq. shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with New Jersey Court Rule 1:28-2.

4. James D. Wareham, Esq., James E. Anklam, Esq., and Samuel P. Groner, Esq. shall each make payment to the Clerk of the Court in the amount of $150 in accordance with L. Civ. R. 101.1(c)(3).

5. James D. Wareham, Esq., James E. Anklam, Esq., and Samuel P. Groner, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including the provisions of L. Civ. R. 103.1 (Judicial Ethics and Professional Responsibility), L. Civ. R. 104.1 (Discipline of Attorneys), and Appendix R.

6. James D. Wareham, Esq., James E. Anklam, Esq., and Samuel P. Groner, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7.

_____
Hon. Leda Dunn Wettre, U.S.M.J.